UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

*******************************************************
                                                        *
INTERATIONAL ALLIANCE OF THEATRICAL                     *
STAGE EMPLOYEES, MOVING PICTURE                         *
TECHNICIANS, ARTISTS AND ALLIED CRAFTS,                 *
LOCAL 11,                                               *
                                                        *
      Plaintiff,                                        *
                                                        *
vs.                                                     *
                                                        *
MARTIN SPORTS & ENTERTAINMENT, LLC,                     *
                                                        *
      Defendant.                                        *
                                                        *
*******************************************************

## COMPLAINT

### INTRODUCTION.

1. This is an action brought by a labor organization that represents employees in an industry affecting commerce seeking to enforce its contract with an employer.

### PARTIES.

2. Plaintiff International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts, Local 11 ("IATSE, Local 11") is a labor organization with a principal office located at 152 Old Colony Avenue, South Boston, Massachusetts 02127.

3. Defendant Martin Sports & Entertainment, LLC is a limited liability company with a mailing address of P.O. Box 252084, West Bloomfield, Michigan 48325, and with the following registered office and registered agent: Registered Agents, Inc., 2222 West Grand River Avenue, Suite A, Okemos, Michigan 48864.

1

**JURISDICTION AND VENUE.**

4.      This Court has jurisdiction under Section 301(c) of the Labor Management Relations Act ("LMRA"), 29 U.S.C. §185(c). Venue is appropriate in this Court also pursuant to LMRA, Section 301(c).

**FACTS.**

5.      On May 8, 2019, Defendant Martin Sport & Entertainment, LLC entered into a collective bargaining agreement with Plaintiff IATSE, Local 11 under which Local 11 would supply stagehands to perform services related to the Boston Bruins' Fan Fest to be produced by Defendant Martin Sport & Entertainment, LLC during 2009. A copy of that collective bargaining agreement is **Exhibit A**.

6.      On May 9, 27 and 29, Defendant Martin Sport & Entertainment, LLC produced the Boston Bruins' Fan Fest before the Boston Bruins' hockey playoff home games. As provided for under its contract with Defendant Martin Sport & Entertainment, LLC, Plaintiff IATSE, Local 11 supplied the stagehands required by Defendant Martin Sport & Entertainment, LLC to stage the events.

7.      On June 4, 2019, Defendant Martin Sport & Entertainment, LLC notified Plaintiff IATSE, Local 11 "that we are terminating our contract dated May 8, 2019 with Local 11."

8.      The following day, Plaintiff IATSE, Local 11 sent an email to Defendant Martin Sport & Entertainment, LLC that stated: "It is Local 11's position that our contract is not subject to being unilaterally terminated.  Accordingly, you should expect legal action that carries with it the potential for your Company having to compensate our members because they were not provided the work opportunities provided for under our contract. I would urge you to reconsider."

9.     On June 6 and 12 and on October 12 and 14, 2019, Defendant Martin Sport & Entertainment, LLC produced the Boston Bruins' Fan Fest before the Boston Bruins' next two playoff games and the Bruins first two 2019-2020 home games; but it did not honor its contract with IATSE, Local 11 with the result that members of IATSE, Local 11 were denied the contractually-required work opportunities and the associated wages and benefits.

**CAUSE OF ACTION.**

10.    Plaintiff IATSE, Local 11 realleges the allegations set out in paragraphs 1-9 above.

11.    Defendant Martin Sport & Entertainment, LLC breached its contract with Plaintiff IATSE, Local 11 when it failed and refused to hire employees referred by Plaintiff IATSE, Local 11 to perform the bargaining unit work associated with Defendant Martin Sport & Entertainment, LLC producing the Boston Bruins' Fan Fest before the Boston Bruins' home hockey games held on June 6 and 12 and October 12 and 14, 2019.

**PRAYER FOR RELIEF**

12.    Wherefore, Plaintiff IATSE, Local 11 respectfully requests that the Court enter judgement against Defendant Martin Sport & Entertainment, LLC for damages in the amount of the lost wages of the individuals who were denied work opportunities as a result of Defendant Martin Sport & Entertainment, LLC's breach of contract and for the amount of the ERISA benefit plan contributions also owed under the contract. In addition, Plaintiff IATSE, Local 11 requests that this Honorable Court grant whatever further relief that it deems right and just.

<div style="margin-left:40%">

For the Plaintiff,

**INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS, LOCAL 11,**

By its Attorney,

/*Gabriel O. Dumont, Jr.*/
Gabriel O. Dumont, Jr. BBO#137820
**DUMONT, MORRIS AND BURKE, P.C.**
141 Tremont Street, Suite 500
Boston, Massachusetts 02111
(617) 227-7272
gdumont@dmbpc.net

</div>

December 24, 2019