UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| International Alliance of Theatrical Stage Employees Local No. 11 | * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Civil Action No.  19-cv-12579-IT |
| Martin Sports & Entertainment, LLC | * * | |
| Defendant. | * | |

**Scheduling Order**

June 17, 2021

**TALWANI, D.J.**

This Scheduling Order is intended to provide a reasonable timetable for discovery in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery**

Pursuant to Rules 16 and 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.1(b), it is hereby ORDERED that:

1. **Initial Disclosures.**  Initial disclosures required by Fed. R. Civ. P. 26(a)(1) must be completed by July 30, 2021.

2. **Disclosure Order.** Disclosures, set out in Local Rule 26.1(b) and included below, must be completed by July 30, 2021.
    a.   A signed statement from a claimant, whether plaintiff, third-party plaintiff, cross-claimant, or counter-claimant, that:
    (i) Itemizes all economic loss and provides a computation of damages for which recovery is sought, if any, sustained before the date of service of process;
    (ii) Identifies all persons then known to the claimant or the claimant's attorney who witnessed or participated in the transaction or occurrence giving rise to the claim or otherwise known or believed to have substantial discoverable information about the claim or defenses, together with a statement of the subject and a brief summary of that information;
    (iii) Identifies all opposing parties, and all officers, directors, and employees of opposing parties, from whom statements have been obtained by or on behalf of the claimant regarding the subject matter of the claim; and

      (iv) Identifies all governmental agencies or officials then known to the claimant or the claimant's attorney to have investigated the transaction or occurrence giving rise to the claim; and
- b) A signed statement from a defendant, whether the direct defendant, third-party defendant, crossclaim defendant, or counterclaim defendant, that identifies:
  - (i) All persons then known to the defendant or the defendant's attorneys who witnessed the transaction or occurrence giving rise to the claim or otherwise is known or believed to have substantial discoverable information about the claims or defenses, together with a statement of the subject and a brief summary of that information;
  - (ii) All opposing parties, and all officers, directors, and employees of opposing parties, from whom statements have been obtained by or on behalf of the defendant regarding the subject matter of the claims or defenses; and
  - (iii) All government agencies or officials then known to the defendant or the defendant's attorneys to have investigated the transaction or occurrence giving rise to the claims or defenses.

3. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed by December 15, 2021.

## Procedural Provisions

4. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

5. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

6. **Conferences.** Upon request of counsel, or at the court's own initiative, case-management or status conferences may be scheduled.

7. **Early Resolution of Issues.** The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to confer and jointly advise the court of any such issues.

8. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

9. **Discovery Disputes.**  Counsel encountering a discovery dispute are encouraged to request a conference with the court before filing a discovery motion.

<u>Indira Talwani</u>
United States District Judge

Date:  June 17, 2021