UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| INTERATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS, LOCAL 11, | \* \* \* \* \* \* |
| Plaintiff, | \* Case:1:19-cv-12579-IT |
| vs. | \* \* \* |
| MARTIN SPORTS & ENTERTAINMENT, LLC, | \* \* |
| Defendant. | \* \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**STIPULATION PERTAINING TO THE COURT'S DETERMINATION OF LIABILITY AND DAMAGES**

Plaintiff International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists and Allied Crafts, Local 11 ("Plaintiff" or "Local 11"), and Defendant Martin Sports & Entertainment, LLC ("Martin Sports"), by their respective counsel, submit this stipulation with respect to the Court's determination of liability and damages in this matter:

1. This is a non-jury action filed by Local 11 against Martin Sports on December 24, 2019, under section 301(a) of the Labor Management Relations Act ("LMRA"), 29 U.S. C. §185(a) ("section 301(a)").

2. Local 11 claims that Martin Sports entered into a collective bargaining agreement with it, that Martin Sports breached the agreement when it failed and refused to hire employees that ostensibly could have been referred by Local 11 to perform alleged bargaining unit work

associated with Boston Bruins' Fan Fest ("Fan Fest") events allegedly produced by Martin Sports before the Boston Bruins' home hockey games held on June 6 and 12 and October 12 and 14, 2019, and that Local 11 members were wrongfully denied work opportunities and associated wages and benefits as a consequence.

3. On March 22, 2023, the Court issued a Memorandum & Order **[ECF No. 60]** granting summary judgement in favor of Martin Sports with respect to Local 11's section 301(a) claims premised on the October 12 and 14, 2019 Fan Fest events and dismissing these claims with prejudice, but it denied the motion with respect to the June 6 and 12, 2019 Fan Fest events.

4. Local 11 and Martin Sports stipulate that all of the evidence pertaining to whether Martin Sports is liable to Local 11 under section 301(a) for breach of a collective bargaining with respect to June 6 and 12 and October 12 and 14, 2019 Fan Fest events is articulated in the Court's May 22, 2023 Memorandum & Order **[ECF No. 60]**.

5. Accordingly, Local 11 and Martin Sports stipulate that the Court should determine whether Martin Sports is liable to Local 11 under section 301(a) for breach of a collective bargaining agreement with respect to June 6 and 12, 2019 Fan Fest events based on the evidence articulated in the Court's May 22, 2023 Memorandum & Order **[ECF No. 60]**.

6. By so stipulating, Local 11 reserves the right to timely file an appeal from the Court's grant of summary judgment with respect to the October 12 and 14, 2019 Fan Fest events and from any determination by the Court that Martin Sports is not liable to Local 11 for breach of a collective bargaining agreement with respect to June 6 and 12, 2019 Fan Fest events.

7. By so stipulating, Martin Sports reserves the right to timely file an appeal from the Court's denial of grant of summary judgment with respect to the June 6 and 12, 2019 Fan Fest

events and any determination by the Court that Martin Sports is liable to Local 11 for breach of a collective bargaining agreement with respect to June 6 and 12, 2019 Fan Fest events.

8. Local 11 and Martin Sports stipulate that were the Court to determine that Martin Sports is liable to Local 11 for breach of a collective bargaining agreement with respect to June 6 and 12, 2019 Fan Fest events, Local 11 has incurred damages in the amount of Eight Thousand Three Hundred Forty-Seven Dollars and 86 cents ($8,347.86) and any Judgment rendered by the Courts shall be subject to appeal only with respect to issues of liability, but not the amount of damages.

Stipulated to and approved for
entry:

/s/*Gabriel O. Dumont, Jr.*
Gabriel O. Dumont, Jr. (BBO137820)
Attorney for Plaintiffs
Feinberg, Dumont & Brennan
177 Milk Street, #300
Boston, MA 02109
(617) 338-1976
gd@fdb-law.com

Dated: June 23, 2023

/s/ *Raymond J. Carey*
Raymond J. Carey (P33266)
Attorney for Defendants
Gasiorek, Morgan, Greco,
McCauley & Kotzian, P.C.
30500 Northwestern Hwy, Ste 425
Farmington Hills, MI 48334
(248) 865-0001
rcarey@gmgmklaw.com

UNTIED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| INTERATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES, MOVING PICTURE TECHNICIANS, ARTISTS AND ALLIED CRAFTS, LOCAL 11, | * * * * * |
| Plaintiff, | * Case:1:19-cv-12579-IT |
| vs. | * * |
| MARTIN SPORTS & ENTERTAINMENT, LLC, | * * |
| Defendant. | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF and copies will be sent to those indicated as non-registered participants.

June 23, 2023

*/s/Gabriel O. Dumont, Jr.*
Gabriel O. Dumont, Jr.
BBO#137820
Feinberg, Dumont & Brennan
177 Milk Street, Suite 300
Boston, MA 02109
gd@fdb-law.com
(617) 338-1976