UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES LOCAL NO. 11, <br><br> Plaintiff, <br><br> v. <br><br> MARTIN SPORTS & ENTERTAINMENT LLC, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> * Civil Action No. 1:19-cv-12579-IT <br> * <br> * <br> * <br> * <br> * |

JUDGMENT

July 31, 2023

TALWANI, D.J.

Plaintiff International Alliance of Theatrical Stage Employees, Moving Picture Technicians, Artists, and Allied Crafts, Local 11 ("Local 11") brought claims against Defendant Martin Sports and Entertainment, LLC ("Martin Sports") under section 301(a) of the Labor Management Relations Act, 29 U.S.C. § 185(a). Pursuant to the court's Memorandum and Order [Doc. No. 60] and Memorandum and Order [Doc. No. 71], judgment is entered in favor of Plaintiff as to the June 2019 Fan Fest events in the amount of $8,347.86 and in favor of Defendant as to the October 2019 events. This case is CLOSED.

IT IS SO ORDERED

/s/ Indira Talwani
United States District Judge